SEGLIN CONSTRUCTION COMPANY, INC., Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 23906.) — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of HUDSON COUNTIES TITLE & MORTGAGE COMPANY, Respondent, v. JOHN R. SEAMAN and SOPHIE MAY PEDRICK, Appellants.— Defendants have appealed from a judgment of foreclosure and sale and from an interlocutory order granting various forms of relief. Defendant Seaman is the owner of the equity of redemption. He took title to the premises subject to the mortgage which is being foreclosed. He and the codefendant had executed an estoppel certificate and an estoppel affidavit to the effect, among other things, that the mortgage being foreclosed is a valid first lien on the property affected and that such defendants know of no defect in the title or of any defense to the foreclosure of the mortgage. Defendants have not established any defense in this action. Judgment and order appealed from unanimously affirmed, with costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

## (May 16, 1941.)

ROSE FAMIANO, as Administratrix, etc., of ALESSANDRO FAMIANO, Deceased, Respondent, v. EMELY BOTTIERI, Appellant.— Decision of this court, handed down May 14, 1941 [ante, p. 795], amended on account of clerical error, to read as follows: Appeal from a judgment of foreclosure and sale entered upon a decision of the court, after a trial without a jury in the County Court, Schenectady County, on December 22, 1938. Also appeal from an order [entered on July 7, 1939,] fixing the amount of the deficiency judgment. The defense was usury. Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.